FILED
2021 AUG 13 AM 8:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER **21MJ03760** |
|---|---|
| PLAINTIFF(S) | 3:21-MJ-731-BH |
| v. | |
| Raymond Gross | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: the Drug Enforcement Administration
in the Northern District of Texas on August 5, 2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about January 2020 through June 2020
in violation of Title 21 U.S.C., Section(s) 846
to wit: conspiracy to possess with intent to distribute a controlled substance

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Irma Carrillo Ramirez

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/11/2021
              Date

*Audrey Alaniz*
Signature of Agent

Audrey Alaniz
Print Name of Agent

DEA
Agency

Special Agent
Title

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT